IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRISON ETTIENNE,

    Petitioner,

v.                                                      CASE NO. 4:06-cv-00236-MP-WCS

MICHAEL CHERTOFF,
et al.,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that Mr. Ettienne's petition be denied as moot. Mr. Ettienne challenged his continued detention while he awaited deportation. The government now indicates that Mr. Ettienne has been successfully deported. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *11th* day of October, 2006

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge